# In the United States Court of Federal Claims

**OFFICE OF SPECIAL MASTERS**
**No. 24-2068V**

|  |  |
|---|---|
| CAROLINE BARAJAS, as Mother and Natural Guardian of Minor Child, T.B., | Chief Special Master Corcoran |
| Petitioner, | Filed: June 12, 2026 |
| v. | |
| SECRETARY OF HEALTH AND HUMAN SERVICES, | |
| Respondent. | |

*Leah VaSahnja Durant, Law Offices of Leah V. Durant, PLLC, Washington, DC, for Petitioner.*

*Margaret Armstrong, U.S. Department of Justice, Washington, DC, for Respondent.*

### RULING ON ENTITLEMENT[1]

On December 16, 2024, Caroline Barajas, as mother and natural guardian of minor child T.B., filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleges that T.B. suffered intussusception resulting from a rotavirus vaccine T.B. received on October 16, 2023. Petition at 1. Petitioner further alleges that T.B.'s injury resulted in hospitalization and surgery and that neither Petitioner, nor any other party, has ever received compensation in the form of an award or settlement for T.B.'s vaccine-related injury. Petition at ¶¶ 7, 8. The case was assigned to the Special Processing Unit of the Office of Special Masters.

---

[1] Because this Ruling contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Ruling will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755.  Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018).

On June 12, 2026, Respondent filed his Rule 4(c) report in which he concedes that Petitioner is entitled to compensation in this case. Respondent's Rule 4(c) Report at 1. Specifically, Respondent agrees that T.B.'s intussusception meets the Vaccine Injury Table criteria in that "T.B.'s intussusception manifested between one and twenty-one days after her receipt of the rotavirus vaccine, and there is not preponderant evidence that her condition was due to a factor unrelated to the vaccine." *Id.* at 8-9. Respondent further agrees that T.B.'s intussusception resulted in inpatient hospitalization and surgical intervention, and Petitioner has satisfied all legal prerequisites for compensation under the Vaccine Act. *Id.*

**In view of Respondent's position and the evidence of record, I find that Petitioner is entitled to compensation.**

**IT IS SO ORDERED.**

<u>s/Brian H. Corcoran</u>
Brian H. Corcoran
Chief Special Master

2